Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CISNEROS,<br><br>             Plaintiff,<br>vs.<br><br>NEO BROTHER, INC,<br><br>             Defendant. | Case No. CV08-1922 RGK (Ex)<br><br>[Proposed]<br>**JUDGMENT AGAINST<br>DEFENDANT NEO BROTHER, INC.** |

Judgment in the amount of $4,325.00 is awarded against Defendant NEO BROTHER, INC. based on the following: (1) $1,875.00 in compensatory damages for violation of 29 U.S.C. § 207 and Cal. Labor Code § 1197, (2) $1,875.00 in liquidated damages pursuant to 29 U.S.C. § 216(b) and Cal. Labor Code § 1194.2, and (3) $575.00 in attorney's fees. Plaintiff is also awarded his costs.

DATED: ~~December ___, 2009~~ FEB 18 2010

By: /s/ Gary Klausner
HON. R. GARY KLAUSNER
United States District Court Judge